UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (110)

DEFT:   **ZACHARY FRANZI (B)#**          CASE NO:   **26-60092-CR-MOORE**

AUSA:   **A. ALEXANDER (C. KOONTZ COVERING)**   ATTY:   **JOSHUA VAN LAAN**

USPO:                                    VIOL:

                                         **21:U.S.C.§846, 841**

PROCEEDING:   **CHANGE OF PLEA HEARING**   RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:                               To be cosigned by:

☐   All standard conditions          **DEFENDANT PRESENT IN COURT WITH COUNSEL**

☐   Do not encumber   property**.**   **REQUESTING A CONTINUANCE ON CHANGE OF PLEA**

☐   Surrender and / or do not obtain passports / travel documents.   **DISCOVERY HAS BEEN RECEIVED. DEFENDANT'S ORE**

☐   Rpt to PTS as directed /   or_ x=s a week/month by phone; _ x=s a week/month in person.   **TENUS MOTION TO CONTINUE CHANGE OF PLEA**

☐   Random   urine testing by Pretrial Services. Treatment as deemed necessary.   **HEARING IS GRANTED. TIME FROM TODAY 6/26/2026**

☐   Maintain or seek full - time employment.   **THROUGH 7/14/2026 IS HEREBY EXCLUDED UNDER THE**

☐   No contact with victims / witnesses.   **SPEEDY TRIAL ACT. ******

☐   No firearms.

☐   Electronic Monitoring:

☐   Travel extended to:

☐   Other: **PLEASE REFER TO BOND FOR CONDITIONS**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT   RE COUNSEL:

**PTD**/BOND HEARING:

**ARRAIGN** OR **REMOVAL**:

**CHANGE OF PLEA HEARING**          **TUESDAY JULY 14 2026 AT 9 A.M. BEFORE JUDGE STRAUSS IN FTL**

**06/26/26**   TIME:   **10:00 AM**   FTL/TAPE/# JMS-   Begin   **110**

[12 MINUTES] *** RECORDED INCOURTROOM 110**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (**YES** OR NO) DAR: 10:07:47-10:19:26